IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHERYL PHIPPS and BOBBI MILLNER, SHAWN GIBBONS, on behalf of themselves and all others similarly situated, )<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Civil No. 3:12-1009<br>Judge Trauger |

## **O R D E R**

The plaintiffs' Motion to Continue Deadline to Seek Class Determination (Docket No. 9) is **GRANTED**. It is hereby **ORDERED** that the deadline for the plaintiffs to move for a class determination is **STAYED** until further order of the court.

It is so **ORDERED**.

ENTER this 17th day of October 2012.

_____
ALETA A. TRAUGER
U.S. District Judge