UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHERYL PHIPPS, BOBBI MILLNER, AND SHAWN GIBBONS, On Behalf of Themselves and all Others Similarly Situated, | ) ) ) ) |
| | CLASS ACTION |
| Plaintiffs, | CASE NO. 3:12-cv-01009 |
| v. | JUDGE TRAUGER |
| WAL-MART STORES, INC. | JURY TRIAL DEMANDED |
| Defendant. | |

### [~~PROPOSED~~] ORDER

This matter is before the Court on the parties' Joint Motion to Set Briefing Schedule on Defendant's Motion to Dismiss and Motion for Judicial Notice [Doc. No. 27.]. For good cause shown, the Joint Motion is hereby GRANTED.

IT IS HEREBY ORDERED that Plaintiffs shall be permitted to file their responses to Defendant's pending Motion to Dismiss in Part Plaintiffs' Complaint or in the Alternative to Strike Class Claims [Doc. No. 19.] and pending Motion for Judicial Notice in Support of Motion to Dismiss [Doc. No. 23.] on or before **November 29, 2012**, and that Defendant shall be permitted to file replies to Plaintiffs' responses on or before **December 20, 2012**.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

SUBMITTED FOR APPROVAL:

/s/ Scott P. Tift
George E. Barrett (BPR # 2672)
David W. Garrison (BPR # 24968)
Scott P. Tift (BPR # 27592)
BARRETT JOHNSTON, LLC
217 Second Avenue North
Nashville, TN 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
gbarrett@barrettjohnston.com
dgarrison@barrettjohnston.com
stift@barrettjohnston.com

Joseph Sellers (admitted *pro hac vice*)
Christine Webber (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave NW, Suite 500 West
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
JSellers@cohenmilstein.com
CWebber@cohenmilstein.com

Brad Seligman (admitted *pro hac vice*)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: (510) 845-3473
Facsimile: (510) 845-3645
BSeligman@impactfund.org

*Attorneys for Plaintiffs*


**GIBSON, DUNN & CRUTCHER LLP**

By: /s/ Theodore J. Boutrous, Jr. by SPT w/ permission
Theodore J. Boutrous, Jr.
(admitted *pro hac vice*)
Catherine Conway (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000

2

Facsimile: (213) 229-7520
tboutrous@gibsondunn.com
cconway@gibsondunn.com

Aubrey B. Harwell, Jr. (BPR # 2559)
Gerald D. Neenan (BPR # 6710)
NEAL & HARWELL
150 4th Avenue North, Suite 2000
Nashville, TN 37219-2498
Telephone: (615) 244-1713
Facsimile: (615) 726-0573
aharwell@nealharwell.com
gneenan@nealharwell.com

*Attorneys for Defendant*