IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHERYL PHIPPS and BOBBI MILLNER, ) <br> SHAWN GIBBONS, on behalf of themselves ) <br> and all others similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WAL-MART STORES, INC., ) <br> ) <br> Defendant. ) | Civil No. 3:12-1009 <br> Judge Trauger |

## **O R D E R**

Given the proposed agreed briefing schedule on pending motions, it is hereby

**ORDERED** that the initial case management conference scheduled for November 28, 2012 is

**CONTINUED**, to be reset, if appropriate, following a decision on the pending motions.

It is so **ORDERED**.

ENTER this 1st day of November 2012.

_____
ALETA A. TRAUGER
U.S. District Judge