Motion GRANTED.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **CHERYL PHIPPS, BOBBI MILLNER, AND SHAWN GIBBONS,** On Behalf of Themselves and all Others Similarly Situated, | **CLASS ACTION** |
| *Plaintiffs,* | **CASE NO. 3:12-cv-01009** |
| v. | **JUDGE TRAUGER** |
| **WAL-MART STORES, INC.** | **JURY TRIAL DEMANDED** |
| *Defendant.* | |

**JOINT MOTION TO SET BRIEFING SCHEDULE ON
DEFENDANT'S MOTION TO DISMISS AND MOTION FOR JUDICIAL NOTICE**

Plaintiffs Cheryl Phipps, Bobbi Millner, and Shawn Gibbons (collectively, "Plaintiffs"), and Defendant Wal-Mart Stores, Inc. ("Defendant"), hereby jointly request that the Court extend the response and reply deadlines related to Defendant's pending Motion to Dismiss in Part Plaintiffs' Complaint or in the Alternative to Strike Class Claims [Doc. No. 19.] and Motion for Judicial Notice in Support of Motion to Dismiss [Doc. No. 23.], both of which were filed on October 25, 2012. These two motions are referred to herein collectively as "Defendant's Motions."

Plaintiffs and Defendant have conferred and agree that the requested schedule set forth herein below will neither prejudice either party nor cause undue delay. Thus, Plaintiffs and Defendant respectfully request that Plaintiffs be permitted to file their responses to Defendant's Motions on or before **November 29, 2012**, and that Defendant be permitted to file replies to Plaintiffs' responses on or before **December 20, 2012**.

A proposed order granting this motion is attached hereto.