UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHERYL PHIPPS, BOBBI MILLER, AND SHAWN GIBBONS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No. 3:12-cv-1009<br>Judge Aleta A. Trauger |

## ORDER

For the reasons set forth in the accompanying Memorandum, the defendant's Motion to Dismiss in Part Plaintiffs' Complaint or in the Alternative to Strike Class Claims (Docket No. 19) is **GRANTED** and the putative class claims are hereby **DISMISSED WITH PREJUDICE**. The named plaintiffs' individual claims, which were not subject to the defendant's motion, will proceed.

It is so **ORDERED**.

Enter this 20th day of February 2013.

_____
ALETA A. TRAUGER
United States District Judge