Motion GRANTED.
*[signature]*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHERYL PHIPPS, BOBBI MILLNER, and SHAWN GIBBONS, On Behalf of Themselves and all Others Similarly Situated, ) ) ) ) ) | CLASS ACTION |
| *Plaintiffs,* ) ) | CASE NO. 3:12-cv-01009 |
| v. ) ) | JUDGE TRAUGER |
| WAL-MART STORES, INC. ) ) | JURY TRIAL DEMANDED |
| *Defendant.* ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY FOR INTERLOCUTORY REVIEW AND FOR STAY OF PROCEEDINGS PENDING INTERLOCUTORY APPEAL**

Plaintiffs hereby seek leave to file the attached Reply in support of their Motion to Certify for Interlocutory Review and for Stay of Proceedings Pending Interlocutory Appeal [Doc. No. 57.].

Defendant's Response to Plaintiffs' Motion to Certify for Interlocutory Review devotes several pages of analysis to the Sixth Circuit's pending interlocutory review of the Northern District of Ohio's opinion in *In re Vertue Marketing & Sales Practices Litigation*, 712 F. Supp. 2d 703 (N.D. Ohio 2010), which Plaintiffs' initial Memorandum addresses only briefly in one footnote. [*Compare* Doc. No. 59, at 15-18, *with* Doc. No. 58, at 7 n.3.] Plaintiffs respectfully request leave to file the short attached Reply to address the Sixth Circuit's interlocutory review of the *Vertrue* decision in greater detail.

Concerning the remaining arguments set forth in Defendant's Response, Plaintiffs rest on their Memorandum in support of their Motion [Doc. No. 58.], which itself echoes many of the

1