IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHERYL PHIPPS and BOBBI MILLNER, ) <br> SHAWN GIBBONS, on behalf of themselves ) <br> and all others similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WAL-MART STORES, INC., ) <br> ) <br> Defendant. ) | Civil No. 3:12-1009 <br> Judge Trauger |

## **O R D E R**

The Plaintiffs' Motion to Ascertain Status of Pending Motion (Docket No. 69) is

**GRANTED**. This motion remains for resolution by the court, and the court will dispose of it as

soon as reasonably possible.

It is so **ORDERED**.

ENTER this 5th day of June 2013.

_____
ALETA A. TRAUGER
U.S. District Judge