UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **CHERYL PHIPPS, BOBBI MILLER,** ) | |
| **AND SHAWN GIBBONS, on behalf of** ) | |
| themselves and all others similarly situated, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Case No. 3:12-cv-1009 |
| v. ) | Judge Aleta A. Trauger |
| ) | |
| **WAL-MART STORES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the plaintiffs' Motion to Certify for Interlocutory Review and for Stay of Proceedings Pending Interlocutory Appeal (Docket No. 57) is hereby **GRANTED**. The court hereby **CERTIFIES FOR INTERLOCUTORY APPEAL** its February 20, 2013 Order (Docket No. 56). The case is hereby **STAYED** pending any appeal and the resolution thereof.

It is so **ORDERED**.

Enter this 13th day of June 2013.

_____
ALETA A. TRAUGER
United States District Judge

1