# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CHERYL PHIPPS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:12-1009 |
| ) | Judge Trauger |
| WAL-MART STORES, INC., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

I hereby recuse myself in this case. The file shall be returned to the Clerk for reassignment to another judge.

It is so **ORDERED.**

ENTER this 22nd day of July 2014.

_____
ALETA A. TRAUGER
U.S. District Judge