IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHERYL PHIPPS, et al., )
)
    Plaintiffs, )
) Case No. 3:12-cv-01009
v. ) Chief Judge Haynes
)
WAL-MART STORES, INC., )
)
    Defendant. )

## ORDER

A status conference is set in this action for **Friday, August 15, 2014 at 2:00 p.m.** in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

**ENTERED** this the 25th day of July, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge