## IN UNITED STATES DISTRICT COURT
## FOR MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| CHERYL PHIPPS, BOBBI MILLNER, and SHAWN GIBBONS, | ) ) ) | CLASS ACTION |
| *Plaintiffs,* | ) ) | CIVIL ACTION |
| v. | ) ) | CASE NO. 3:12-cv-1009 |
| WAL-MART STORES, INC., | ) ) | JUDGE LAWSON |
| *Defendant*. | ) ) ) | MAGISTRATE JUDGE FRENSLEY |

## PLAINTIFFS' MOTION TO COMPEL

Pursuant to Federal Rule of Civil Procedure 26 and 37, Plaintiffs hereby move this Court for an order compelling Defendant Wal-Mart Stores, Inc. to provide full and complete production of documents in response to Plaintiffs' First Set of Requests for Production of Documents. Plaintiffs state the following:

1.    Plaintiffs sent Wal-Mart their First Set of Requests for Production of Documents on November 22, 2016, and they were deemed served effective January 24, 2017.

2.    Wal-Mart served its Objections and Responses on February 23, 2017, in which Wal-Mart objected to all of the document requests, and refused to state that it would provide responsive documents for most of the document requests.

3.    Over the past four months, Plaintiffs have attempted in good faith to resolve this dispute without involving the Court.

4.    In compliance with Local Rule 37.01(b)(3), counsel for Plaintiffs certify that they conferred with counsel for Wal-Mart through a number of letters and at least three telephone calls, in a good faith effort to resolve and narrow the issues. The parties also had a conference

call with the Honorable Chip Frensley on May 25, 2017, to seek his assistance in resolving the disputes.  The parties had one additional conference call following the May 25 call with Magistrate Judge Frensley.

5.      However, Wal-Mart remains adamant in its refusal to produce documents responsive to Plaintiffs' Requests for Production Nos. 5, 6, 10, 11, 16, 17, 18, 26, 28, 35, 38, 40 and 41.  These documents are relevant to Plaintiffs' claims and readily accessible to Wal-Mart.

6.      For the reasons set forth in the accompanying Memorandum, Plaintiffs respectfully request that the Motion to Compel be granted.

7.      Plaintiffs also respectfully request that this Court order Wal-Mart to pay Plaintiffs' expenses, including attorneys' fees, incurred in preparing this motion, which was necessitated by Wal-Mart's refusal to comply with its discovery obligations.

8.      The parties were unable to reach agreement on a Joint Written Statement.

WHEREFORE, Plaintiffs respectfully request that this Court grant their Motion to Compel and enter the attached proposed Order compelling Wal-Mart to produce documents responsive to Plaintiffs' First Set of Requests for Production of Documents and ordering Wal-Mart to pay reasonable costs, including attorneys' fees, incurred by Plaintiffs in filing and pursuing this Motion.


Dated: June 12, 2017                          Respectfully Submitted,


                                              */s/Christine E. Webber*
                                              **DAVID W. GARRISON (No. 24968)**
                                              **SCOTT P. TIFT (No. 27592)**
                                              **SETH M. HYATT (No. 31171)**
                                              BARRETT JOHNSTON MARTIN & GARRISON, LLC
                                              Bank of America Plaza
                                              414 Union Street, Suite 900

Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
stift@barrettjohnston.com
shyatt@barrettjohnston.com

**JOSEPH SELLERS (admitted** *pro hac vice***)**
**CHRISTINE WEBBER (admitted** *pro hac vice***)**
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave NW, Suite 500 West
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
JSellers@cohenmilstein.com
CWebber@cohenmilstein.com

**JOCELYN D. LARKIN (admitted** *pro hac vice***)**
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: (510) 845-3473
Facsimile: (510) 845-3645
jlarkin@impactfund.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed and served upon the following via the Court's ECF system on this the 12th day of June, 2017:

Michele L. Maryott
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Irvine, CA 92612
Telephone: 949.451.3945
Facsimile: 949.475.4668
mmaryott@gibsondunn.com

Theodore J. Boutrous, Jr.
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213-229-7000
Facsimile: 213-229-7520
tboutrous@gibsondunn.com

Rachel S. Brass
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105
Telephone:  415.393.8200
Facsimile:   415.393.8306
rbrass@gibsondunn.com

**DAVID W. GARRISON**
**SCOTT P. TIFT**
**SETH M. HYATT**
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
stift@barrettjohnston.com
shyatt@barrettjohnston.com

**JOSEPH SELLERS (admitted *pro hac vice*)**
**CHRISTINE WEBBER (admitted *pro hac vice*)**
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave NW, Suite 500 West
Washington, DC 20005
Telephone: (202) 408-4600

Facsimile: (202) 408-4699
JSellers@cohenmilstein.com
CWebber@cohenmilstein.com

**JOCELYN D. LARKIN (admitted** *pro hac vice***)**
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA  94710
Telephone: (510) 845-3473
Facsimile: (510) 845-3645
jlarkin@impactfund.org


### */s/ Christine E. Webber*