UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHERYL PHIPPS, BOBBI MILLNER,
and SHAWN GIBBONS,

        Plaintiffs,               Case Number 12-01009
                                          Honorable David M. Lawson

v.

WAL-MART STORES, INC.,

        Defendant.
_____/

## ORDER DENYING JOINT MOTION TO STAY LITIGATION

This matter is before the Court on the parties' joint motion to stay this litigation. The parties represent that they intend to engage in meaningful discussions focused on resolving this case, and therefore they request this case to be stayed until September 11, 2017. However, this case was filed nearly five years ago. The Court is not persuaded that the parties cannot apply their resources to preparation for trial and settlement discussions simultaneously.

Accordingly, it is **ORDERED** that the parties' joint motion to stay litigation [dkt. #132] is **DENIED**.

                                          s/David M. Lawson
                                          DAVID M. LAWSON
                                          United States District Judge
                                          Sitting by special designation

Dated: July 14, 2017