UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CHERYL PHIPPS, BOBBI MILLNER, and SHAWN GIBBONS, ) ) | |
| ) | CLASS ACTION |
| Plaintiffs, ) ) | CIVIL ACTION |
| v. ) ) | CASE NO. 3:12-cv-1009 |
| WAL-MART STORES, INC., ) ) | JUDGE LAWSON |
| Defendant. ) ) | MAGISTRATE JUDGE FRENSLEY |

## JOINT MOTION TO AMEND CASE MANAGEMENT ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, the parties in the above-captioned case respectfully move this Court to amend its January 24, 2017 Case Management Order (Dkt. 120) to expand the time allotted for discovery.

Currently, class certification discovery is to be completed on or before October 2, 2017 (Dkt. 120). Plaintiffs' First Set of Requests for Production of Documents was sent to Defendant on November 22, 2016, and was deemed served as of January 24, 2017. The parties engaged in substantial meet-and-confer efforts regarding these requests but were unable to reach agreement on certain requests. On June 12, 2017, Plaintiffs filed a Motion to Compel Production of Documents with respect to requests that remained in dispute. (Dkt. 124). On July 19, 2017, Plaintiffs filed a second Motion to Compel Production of Documents, informing the Court that Defendant had not yet produced any responsive documents, including those that were not in dispute (Dkt. 134-1). Defendant responded that it expected to substantially complete its rolling production by September 15, 2017, with the exception of documents subject to the parties' ongoing meet-and-confer efforts regarding ESI search terms and the then-pending motion to

1

compel. (Dkt. 135). The Court granted Plaintiffs' first Motion to Compel in part on August 14, 2017 (Dkt. 136). The Court also granted Plaintiffs' second Motion to Compel, finding that "[t]o the extent defendant anticipates completion of its document production by September 15, 2017, plaintiffs' desire for an Order requiring production of responsive documents by a date certain is addressed" (Dkt. 137). Accordingly, Defendant will substantially complete its production of documents by September 15, with the exception of documents subject to the parties' meet-and-confer efforts regarding ESI search terms and the documents subject to the Court's recent order (Dkt. 136). Plaintiffs and Defendant are conferring regarding ESI custodians and search terms and hope to reach agreement in the coming weeks. Accordingly, Defendant expects to complete production of those remaining documents by October 2, 2017, the original close of discovery.

Because Plaintiffs sent Defendant their First Set of Requests for Production of Documents on November 22, 2016, and the Requests were deemed served on January 24, 2017, Plaintiffs believed that Defendant would complete its rolling production by around March 2017 to allow the parties sufficient time to review the documents, identify deponents, conduct depositions and file class certification briefs and expert reports within the deadlines set by the Court. However, now that the Court has ordered Defendant to complete its document production by September 15, 2017 (six months after Plaintiffs expected document production to be completed), the parties have no realistic way of meeting the Court's deadlines. The parties believe a five month extension of the discovery deadline and class certification briefing schedule is appropriate.

Accordingly, the parties propose an amended pretrial schedule with the following deadlines:

Class certification discovery deadline: March 5, 2018

Plaintiffs' class certification motion and expert report deadline:  May 18, 2018

Defendant's class certification opposition deadline:  July 13, 2018

Plaintiffs' class certification reply deadline:  August 17, 2018

Dated:  August 28, 2017                                    Respectfully Submitted,


                                                           /s/Christine E. Webber


**DAVID W. GARRISON (No. 24968)**
**SCOTT P. TIFT (No. 27592)**
**SETH M. HYATT (No. 31171)**
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
stift@barrettjohnston.com
shyatt@barrettjohnston.com


**JOSEPH SELLERS (admitted *pro hac vice*)**
**CHRISTINE WEBBER (admitted *pro hac vice*)**
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave NW, Suite 500 West
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
JSellers@cohenmilstein.com
CWebber@cohenmilstein.com


**JOCELYN D. LARKIN (admitted *pro hac vice*)**
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA  94710
Telephone: (510) 845-3473
Facsimile: (510) 845-3645
jlarkin@impactfund.org

*Counsel for Plaintiffs*

**GIBSON, DUNN & CRUTCHER LLP**

By:  /s/ *Michele L. Maryott*

Theodore J. Boutrous, Jr. (*admitted pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071
Telephone:  213.229.7000
Facsimile:   213.229.7520
tboutrous@gibsondunn.com


Michele L. Maryott (*admitted pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Irvine, CA 92612
Telephone: 949.451.3945
Facsimile: 949.475.4668
mmaryott@gibsondunn.com


Rachel S. Brass (*admitted pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105
Telephone:  415.393.8200
Facsimile:   415.393.8306
rbrass@gibsondunn.com

J. Graham Matherne (BPR #011294)
WYATT, TARRANT & COMBS, LLP
333 Commerce Street, Suite 1400
Nashville, TN  37201
Telephone:  615.244.0020
Facsimile:   615.256.1726
gmatherne@wyattfirm.com

*Attorneys for Defendant Wal-Mart Stores, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing *[Proposed] Case Management Order* has been served on August 28, 2017 the following via the Court's ECF filing system:

J. Graham Matherne
Wyatt, Tarrant & Combs, LLP
2525 West End Avenue, Suite 1500
Nashville, TN 37203

Theodore J. Boutrous, Jr.
Catherine Conway
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Rachel S. Brass
Gibson Dunn & Crutcher LLP
555 Mission Street
Suite 3000
San Francisco, CA 94105-0921

Karl G. Nelson
Gibson Dunn & Crutcher LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

Mark A. Perry
Gibson Dunn & Crutcher LLP
1050 Connecticut Avenue NW
Washington, DC 20036-5306

Michele L. Maryott
Gibson, Dunn & Crutcher, LLP
3161 Michelson Drive
Irvine, CA 92612-4412

/s/ Christine Webber
**Christine E. Webber**
**Cohen Milstein Sellers & Toll PLLC**