UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHERYL PHIPPS AND SHAWN GIBBONS, On Behalf of Themselves and all Others Similarly Situated,<br><br>    *Plaintiffs,*<br><br>v.<br><br>WAL-MART STORES, INC.<br><br>    *Defendant.* | CLASS ACTION<br><br>CASE NO. 3:12-cv-01009<br><br>JUDGE LAWSON<br><br>MAGISTRATE JUDGE FRENSLEY |

## **DECLARATION OF OLIVIA A. ADENDORFF**

I, Olivia A. Adendorff, declare as follows:

1. I am an attorney licensed to practice law in the State of Texas. I filed a motion to appear *pro hac vice* in this case, which was granted on February 13, 2018. Dkt. 197. I am a member of the law firm of Gibson, Dunn & Crutcher LLP, counsel for Wal-Mart Stores, Inc. ("Wal-Mart"). I make this declaration in support of Wal-Mart's Corrected Reply In Support of Its Motion to Exclude the Declaration of Marc Bendick, Jr., Ph.D. I have personal knowledge of the matters set forth in this declaration and, if called, could and would competently testify to the matters set forth below.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript of the April 17, 2018 deposition of Marc Bendick, Ph.D., taken in Washington, D.C., as recorded by certified court reporter Marjorie Peters. At my direction, all deposition excerpts have been highlighted to reflect the testimony referenced in the Corrected Reply In Support of Wal-Mart's Motion to Exclude and related filings.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 30, 2018 at Dallas, Texas.

/s/ *Olivia A. Adendorff*
Olivia A. Adendorff